IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

VETTER MOORE, )
 )
          Petitioner, )
 )
v. )
 ) No. 11-3219-CV-S-DGK-H
JUAN CASTILLO, Warden, )
United States Medical Center for )
Federal Prisoners, )
 )
          Respondent. )

## ORDER AND JUDGMENT

Pursuant to the governing law and in accordance with Local Rule 72.1 of the United States District Court for the Western District of Missouri, the petition herein for a writ of habeas corpus was referred to the United States Magistrate for preliminary review under the provisions of 28 U.S.C. § 636(b).

The United States Magistrate has completed his preliminary review of the petition and has submitted to the undersigned a report and recommendation that the petition be dismissed without prejudice.

Counsel for the petitioner has filed a Motion to Withdraw. Thereafter, petitioner was afforded an opportunity to file exceptions to the Report and Recommendation of the United States Magistrate Judge. Time has now passed for the filing of those exceptions. Because there are no issues presented for which relief is appropriate, the Motion to Withdraw will be granted.

Petitioner has had a full and fair opportunity to challenge the Magistrate's recommended findings of fact, conclusions of law, and proposed action. Petitioner has failed to state or show any

facts or legal principles that would create a genuine issue of material fact or warrant correction of the legal principles applied by the Magistrate. No further proceedings will therefore be required in this case.

Therefore, after a *de novo* review of the Report and Recommendation and the files and records in this case, the Court concludes that the findings of fact, conclusions of law, and proposed actions of the Magistrate are correct and should be approved. It is therefore

ORDERED that counsel for the petitioner's Motion to Withdraw is hereby, granted; and it is further

ORDERED that petitioner be denied leave to proceed in forma pauperis; and it is further

ADJUDGED that the petition herein for a writ of habeas corpus be dismissed without prejudice.

    /s/ Greg Kays
GREG KAYS
United States District Judge

Date: September 27, 2011